# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | **HatStop** | |
| **2. All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | **Hat Stop** **Boldbrims by HatStop** **Fanzone by HatStop** **Hat Stop Seattle Team Store** | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 8 2 – 0 7 8 7 5 2 4 | |
| **4. Debtor's address** | **Principal place of business** 830 E 44th St Number Street Tacoma, WA 98404-2915 City State ZIP Code Pierce County | **Mailing address, if different from principal place of business** Number Street City State ZIP Code **Location of principal assets, if different from principal place of business** 1910 S. Commons Number Street Federal Way, WA 98003-6039 City State ZIP Code |
| **5. Debtor's website (URL)** | | |
| **6. Type of debtor** | ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☑ Partnership (excluding LLP) ☐ Other. Specify: | |

Debtor **HatStop**      Case number *(if known)*
    Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. §101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
- ☑ None of the above

B. *Check all that apply:*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

**4 5 9 1**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check all that apply:*
  - ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☑ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes. District _____ When ___/___/_____ Case number _____
- District _____ When ___/___/_____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☑ No
- ☐ Yes. Debtor _____ Relationship _____
- District _____ When ___/___/_____
- Case number, if known _____

Debtor **HatStop** _____  Case number _(if known)_ _____
      Name

| | | |
|---|---|---|
| **11. Why is the case filed in _this district_?** | _Check all that apply:_ | |
| | ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. | |
| | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. | |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No <br> ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. <br> **Why does the property need immediate attention?** _(Check all that apply.)_ <br> ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. <br>     What is the hazard? _____ <br> ☐ It needs to be physically secured or protected from the weather. <br> ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). <br> ☐ Other _____ <br> **Where is the property?** _____ <br>      Number    Street <br> _____ <br>      City    State    ZIP Code <br> **Is the property insured?** <br> ☐ No <br> ☐ Yes.   Insurance agency _____ <br>          Contact name _____ <br>          Phone _____ | |

### Statistical and administrative information

| | | | |
|---|---|---|---|
| **13. Debtor's estimation of available funds?** | _Check one:_ <br> ☐ Funds will be available for distribution to unsecured creditors. <br> ☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. | | |
| **14. Estimated number of creditors** | ☑ 1-49    ☐ 50-99 <br> ☐ 100-199   ☐ 200-999 | ☐ 1,000-5,000   ☐ 5,001-10,000 <br> ☐ 10,001-25,000 | ☐ 25,001-50,000   ☐ 50,000-100,000 <br> ☐ More than 100,000 |
| **15. Estimated assets** | ☑ $0-$50,000 <br> ☐ $50,001-$100,000 <br> ☐ $100,001-$500,000 <br> ☐ $500,001-$1 million | ☐ $1,000,001-$10 million <br> ☐ $10,000,001-$50 million <br> ☐ $50,000,001-$100 million <br> ☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion <br> ☐ $1,000,000,001-$10 billion <br> ☐ $10,000,000,001-$50 billion <br> ☐ More than $50 billion |

Debtor    **HatStop**                                                                 Case number *(if known)*
          Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| --- | --- | --- | --- |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☒ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **01/15/2026**
MM/ DD/ YYYY

X **/s/ Miguel Estupinan**                                **Miguel Estupinan**
Signature of authorized representative of debtor           Printed name

Title **General partner**

**18. Signature of attorney**

X **/s/ James E Dickmeyer**                     Date **01/15/2026**
Signature of attorney for debtor                      MM/ DD/ YYYY

**James E Dickmeyer**
Printed name

**Law Office of James E Dickmeyer PC**
Firm name

**520 Kirkland Way Suite 400 PO Box 2623**
Number    Street

**Kirkland**                          **WA**          **98083-2623**
City                                  State          ZIP Code

**(425) 889-2324**                    **jim@jdlaw.net**
Contact phone                         Email address

**14318**                             **WA**
Bar number                            State

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page **4**

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____.

2. The following financial data is the latest available information and refers to the debtor's condition on _____.

   a. Total assets      **$48,543.30**

   b. Total debts (including debts listed in 2.c., below)      **$625,599.08**

   c. Debt securities held by more than 500 holders

   | | Approximate number of holders: |
   |---|---|
   | secured ☐ unsecured ☐ subordinated ☐ | |
   | secured ☐ unsecured ☐ subordinated ☐ | |
   | secured ☐ unsecured ☐ subordinated ☐ | |
   | secured ☐ unsecured ☐ subordinated ☐ | |
   | secured ☐ unsecured ☐ subordinated ☐ | |

   d. Number of shares of preferred stock

   e. Number of shares common stock

   Comments, if any: _____

3. Brief description of debtor's business _____ Sales of licensed hats, sporting apparel and merchandise _____

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor: